# EXHIBIT 1

# Offshore Sentenced Cases

| Defendant | Prison Term (in months) | Probation | Supervised Release | Home Detention | Fine | Community Service | FBAR Penalty | Court | Docket # | Count | Sent Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abrahamsen, Harry | 0 | 3 years | 0 | 12 months | $ 15,000 | 0 | $ 500,000 | NJ | 10-cr-254 | FBAR Violation | 05/24/11 |
| Ahuja, Arvind | 0 | 3 years | 0 | 3 months | $ 350,000 | 450 hours | N/A | WI, ED | 11-cr-135 | Tax Perjury (1), FBAR (1) | 02/01/13 |
| Barouh, Jack | 10 | 1 year | 1 year | 0 | $ 5,000 | 0 | Undisclosed | FL, SD | 10-cr-20034 | Tax Perjury | 04/23/10 |
| Bhasin, Josephine | 0 | 2 years | 0 | 3 months | $ 30,000 | 150 hours | $ 4,150,000 | NY, ED | 11-cr-268 | Tax Perjury | 03/08/13 |
| Canale, Michael | 6 | 3 years | 0 | 0 | $ 100,000 | 400 hours | $ 718,990 | NY, SD | 12-cr-975 | FBAR (1), Tax Perjury (1) | 04/25/13 |
| Chatfield, Jeffrey | 0 | 3 years | 0 | 0 | N/A | 0 | $ 96,269 | CA, SD | 10-cr-4546 | Tax Perjury | 03/14/11 |
| Chernick, Jeffrey | 1 | 1 year | 1 year | 6 months | N/A | 0 | $ 4,500,000 | FL, SD | 09-cr-60182 | Tax Perjury | 10/30/09 |
| Chon, Bae Soo "Chris" | 11 | N/A | 12 months | 0 | $ 15,000 | 0 | $ 441,483 | MD | 12-cr-506 | Evasion (1) | 02/16/13 |
| Cittadini, Roberto | 0 | 1 year | 1 year | 6 months | $ 10,000 | 200 hours | $ 975,000 | WA, WD | 09-cr-00344 | Tax Perjury | 01/08/10 |
| Curran, Mary Estelle | 0 | 5 seconds | 0 | 0 | N/A | 0 | $ 21,600,000 | FL, SD | 12-cr-80206 | Tax Perjury (2) | 04/26/13 |
| Dahake, Vaibhov | 0 | 1 year | 0 | 0 | $ 5,000 | 0 | N/A | NJ | 11-cr-42 | Conspiracy | 05/22/13 |
| Eisenberg, Arthur | 0 | 3 years | 0 | 0 | $ 25,000 | 0 | $ 2,130,000 | WA, WD | 10-cr-369 | Tax Perjury | 03/04/11 |
| Francis, Michael C. | 0 | 3 years | 0 | 6 months | $ 4,000 | 0 | $ 448,000 | CA, CD | 12-cr-805 | Tax Perjury (1); FBAR (1) | 06/17/13 |
| Ginzburg, Anton | 0 | 5 years | 0 | 0 | $ 25,000 | 0 | N/A | NY, ED | 11-cr-432 | FBAR Violation (1) | 04/09/13 |
| Gomez, Humberto | 4 | 3 years | 0 | 0 | N/A | 0 | N/A | FL, SD | 12-cr-20198 | Tax Perjury (1) | 07/23/13 |
| Greeley, Robert | 0 | 3 years | 0 | 6 months | $ 3,000 | 0 | $ 6,851,930 | CA, ND | 11-cr-374 | Tax Perjury (1) | 11/09/11 |
| Gupta, Sameer | 19 | N/A | 0 | 0 | $ 20,000 | 0 | $ 259,045 | NJ | 13-cr-145 | Tax Evasion (1) | 07/09/13 |
| Heller, Kenneth | 1.5 | 2 years | 0 | 0 | $ 180,000 | 0 | $ 9,800,000 | NY, SD | 10-cr-388 | Evasion (3) | 01/20/12 |
| Hernandez, Federico | 12 | 1 year | 1 year | 6 months | $ 4,000 | 200 hours | $ 4,400,000 | NY, SD | 10-cr-334 | Tax Perjury (5) | 09/17/10 |
| Hoess, Lothar | 0 | 3 years | 0 | 8 months | $ 10,000 | 0 | $ 1,372,774 | NH | 11-cr-154 | FBAR (1) | 03/29/12 |
| Homann, Juergen | 0 | 5 years | 0 | 0 | $ 60,000 | 300 hours | $ 3,000,000 | NJ | 09-cr-724 | FBAR Violation | 01/06/10 |
| Jackson, Lucille Abrahamsen | 0 | 1 year | 0 | 0 | N/A | 0 | $ 379,688 | NJ | 10-cr-797 | Tax Perjury | 05/23/11 |
| Kampfen, Pius | 0 | 2 years | 0 | 6 months | $ 20,000 | 0 | $ 1,465,392 | CA, ND | 13-cr-369 | FBAR (1) | 10/04/13 |
| Kerr, Stephen | 10 | 3 years | 0 | 0 | $ 10,000 | 0 | N/A | AZ | 11-cr-2385 | Tax Perjury (2); FBAR (1) | 09/25/13 |
| McCarthy, John | 0 | 3 years | 0 | 6 months | $ 25,000 | 300 hours | Undisclosed | CA, CD | 09-cr-00784 | FBAR Violation | 03/22/10 |
| Moran, Robert | 2 | 1 year | 1 year | 5 months | N/A | 0 | $ 1,800,000 | FL, SD | 09-cr-60089 | Tax Perjury | 11/06/09 |
| Olenicoff, Igor | 0 | 2 years | 0 | 0 | $ 3,500 | 120 hours | N/A | CA, CD | 07-1227-CJC | Tax Evasion (1) | 04/14/08 |
| Quiel, Michael | 10 | 1 year | 0 | 0 | $ 10,000 | 0 | N/A | AZ | 11-cr-2385 | Tax Perjury (2) | 09/25/13 |
| Quintero, Luis | 4 | 3 years | 3 years | 0 | $ 20,000 | 250 hours | $ 2,000,000 | FL, SD | 12-cr-20192 | FBAR (1) | 07/24/12 |
| Reiss, Michael | 0 | 3 years | 0 | 8 months (HH) | N/A | 30 hours/week | $ 1,200,000 | NY, SD | 11-cr-668 | False FBAR (1) | 01/11/12 |
| Robbins, Jules | 0 | 1 year | 0 | 0 | $ 2,000 | 0 | $ 20,830,000 | NY, SD | 10-cr-333 | Tax Perjury (5 counts) | 09/21/10 |
| Roberts, Nadia | 12 | N/A | 0 | 0 | N/A | 0 | $ 2,509,521 | CA, ED | 11-cr-99 | Tax Perjury (1) | 07/30/12 |
| Roberts, Sean | 12 | N/A | 0 | 0 | N/A | 0 | $ 2,509,521 | CA, ED | 11-cr-99 | Tax Perjury (1) | 07/30/12 |
| Roessel, Wolfgang | 0 | 3 years | 0 | 8 months | $ 10,000 | 200 hours | $ 5,750,934 | FL, SD | 12-cr-60074 | Tax Perjury | 10/11/12 |
| Rubinstein, Steven Michael | 0 | 3 years | 0 | 12 months | $ 40,000 | 0 | Undisclosed | FL, SD | 09-cr-60166 | Tax Perjury | 10/28/09 |
| Rudolph, Gregory | 0 | 12 months | 0 | 1 month | $ 3,000 | 0 | $ 980,065 | MA | 10-cr-10360 | FBAR Violation | 11/17/11 |
| Schiavo, Michael | 0 | 1 year | 0 | 1 month | N/A | 0 | $ 76,283 | MA | 11-cr-10192 | FBAR Violation | 05/01/12 |
| Schober, Peter | 1 | 6 months | 6 months | 2 months | $ 3,000 | 0 | $ 777,986 | MA | 10-cr-10359 | FBAR Violation | 10/06/11 |
| Silva, Andrew | 0 | 2 years | 0 | 4 months | $ 20,000 | 100 hours | N/A | VA, ED | 10-cr-00044 | Conspiracy; False Statement | 06/15/10 |
| Troost, Peter | 12 | N/A | 0 | 0 | $ 32,500 | 0 | $ 3,750,000 | IL, ND | 13-cr-185 | Evasion (1) | 07/17/13 |
| Upham, Sybil Nancy | 0 | 3 years | 0 | 0 | $ 30,000 | 300 hours | $ 5,500,000 | NY, SD | 10-cr-326 | Conspiracy, Tax Perjury (3) | 04/25/13 |
| Vogliano, Ernest | 0 | 2 years | 0 | 0 | $ 10,600 | 0 | $ 940,381 | NY, SD | 10-cr-327 | Conspiracy (1), Tax Perjury (5) | 04/21/11 |
| Wajsfelner, Jacques | 0 | 6 months | 0 | 3 months | $ 20,000 | 0 | $ 2,844,433 | NY, SD | 12-cr-641 | FBAR (1) | 03/05/13 |
| Werdiger, Richard | 12 | N/A | 0 | 0 | $ 50,000 | 0 | $ 3,800,000 | NY, SD | 10-cr-325 | Conspiracy, Tax Perjury, FBAR | 12/16/11 |
| Zabczuk, Paul | 0 | 3 years | 0 | 12 months | $ 2,000 | 150 hours | $ 265,000 | FL, SD | 10-cr-60112 | Tax Perjury | 07/27/10 |
| Zaltsberg, Leonid | 0 | 4 years | 0 | 12 months | $ 3,000 | 0 | $ 1,300,000 | NJ | 10-cr-00437 | Tax Perjury | 12/20/10 |