UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 13 CR 731 |
| | ) | Honorable Charles P. Kocoras |
| H. TY WARNER | ) | |

**DEFENDANT'S SUPPLEMENT TO HIS SENTENCING MEMORANDUM**

Defendant H. Ty Warner, by and through his undersigned counsel, respectfully submits the following supplement to his sentencing memorandum:

1. In his sentencing memorandum, Ty discussed probation with a special condition of community service as an option available to the Court and submitted that community service would provide a greater public benefit than incarceration in this case. Ty went on to define, in general terms, a specific type of community service that would be appropriate given his background and skills, and also identified two Chicago schools that his counsel had been in contact with about potential community service projects. (Dk. No. 24 at 27.)

2. Since submitting his sentencing memorandum, Ty was contacted by a third school at which he might engage in community service if the Court is inclined to impose such a sentence, specifically Leo High School, a Catholic school educating students primarily from the South Side of Chicago.

3. Ty's counsel has been in contact with the president of Leo, Dan McGrath, about a potential series of projects that would provide valuable community service while taking advantage of the skills and teaching Ty can offer to the students, faculty, and others at the school. This program would involve activities including: (a) addressing students regarding business in

-2-

general and various career options; (b) advising students in Leo's Business Club and helping them develop a line of products, similar to Beanie Babies, depicting various school mascots, which could be sold for the benefit of the school; (c) providing internships and/or summer jobs for high-achieving students at Ty Inc.; and (d) developing additional projects to create scholarships for Leo students.

4. For the Court's consideration, a letters from Mr. McGrath providing further information on Leo and an outline of the proposed project are attached as Exhibit 1.

5. The proposed project further illustrates why community service will provide a greater societal benefit than incarceration with respect to Mr. Warner.

January 9, 2014

Respectfully submitted,
/s/ Gregory J. Scandaglia

Gregory J. Scandaglia (#6195144)
Michael S. Shapiro (#6279776)
Scandaglia & Ryan
55 East Monroe, Suite 3440
Chicago, IL 60603
Telephone: (312) 580-2020
Facsimile: (312) 782-3806

Michael J. Garcia
Kirkland & Ellis LLP
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-6460

Mark E. Matthews
Caplin & Drysdale
One Thomas Circle N.W.
Suite 1100
Washington D. C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 9, 2014, a copy of the foregoing Defendant's Supplement To His Sentencing Memorandum was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/ Gregory J. Scandaglia