# EXHIBIT 1

Mr. Gregory Scandaglia
℅ Scandaglia & Ryan
55 E. Monroe Street
Chicago, Il. 60603

Jan. 3, 2014

Dear Mr. Scandaglia,

My name is Dan McGrath. I'm the president of Leo High School, a small all-boys, mostly African American Catholic school on Chicago's South Side. I read with great interest your request to have community service included as part of the sentence for Mr. Ty Warner in his pending tax case. Our students at Leo come from some of the most disadvantaged areas in the city, and I know they would derive great benefit from Mr. Warner's business expertise, his entrepreneurial savvy, his well-known generosity and his bootstraps personal history. We offer Leo as a potential outlet for any community service he might be assigned, and we would be most appreciative if you would consider us.

Mr. Warner's story of hardship growing up struck a chord with me, as has his oft-demonstrated desire to "give back" and share his hard-earned success.

I was the middle child of seven, and I lost my father at age 13. Thanks to my selfless mother's resourcefulness, a strong bond among the siblings and the support of a large and generous extended family, we were all able to work through this setback and become responsible, productive, caring citizens. I went into journalism and held top writing and editing positions at some of the nation's leading newspapers, including the San Francisco Chronicle, the Philadelphia Inquirer and the Chicago Tribune, where I spent nearly 15 years as sports editor.

One life lesson from my teenage years never left me. I took the entrance exam for Leo in January of 1964, and my father died in February. Tuition was rather nominal back then, about $200 per year, and given my mother's determination to keep us all in Catholic school, I'm sure we would have found a way to pay it. But in May, a gentleman named Mike Collins from Leo's Alumni Association visited our house. He said he understood my dad had died, but the alums believed I had the makings of a good Leo Man, and if I wanted to come to Leo they would sponsor me.

Again, it was not an overwhelming amount of money, but it was significant to us in that it was one fewer thing for my mother to worry about. I made up my mind that day that if I were ever in position to "give back" to Leo, I would do so. Little did I know ...

I left the Tribune in 2009. It was an agonizing decision, because I loved supervising the coverage of sports in a great sports town that happened to be my home town, for the paper i grew up reading and delivering. But I wasn't comfortable with the direction of the paper after Sam Zell bought it and installed a different (hoo, boy) leadership team. I'd been helping out at Leo, mostly with fundraising, since I moved back to Chicago in the mid-'90s, and I was asked to serve on a committee to find a successor to the great Bob Foster, who was stepping down as president after keeping the school alive through force of his will for more than 30 years. I wrote a memo outlying where I thought Leo was and the challenges it faced, and a short time later my fellow committee members approached me about taking over. I had very little education in my background, but I had an abiding love for and loyalty to the school in my heart, and as I recalled Mr. Collins' visit to our house 45 years earlier, the job came to feel like a calling.

So here I am. It's a challenge, especially on the financial side. We're a Catholic school, so we have to charge tuition, and our hard-pressed families struggle to make their payments no matter how reasonable we keep the cost. We get no state money and next to none from the archdiocese, but we're blessed to have a large and loyal alumni network that continued to support Leo long after they stopped sending their sons.

As Bob Foster always said, the mission doesn't change just because the demographics do. Leo has always been a School of Opportunity for young men from Chicago's inner-city neighborhoods: Irish and Italian, Polish and German in my day; African American today.

And we're making a difference. We have graduated 100 percent of our seniors in each of the last five years, and all of them have been accepted to at least one college. As a Catholic school, we're committed to educating the total person. Our theology is values-based, emphasizing citizenship, leadership, mutual respect, personal responsibility and good decision-making. We conduct our business in a safe, nurturing learning environment---no police and no metal detectors, but faculty and staff members who are totally committed to our kids' intellectual, spiritual and personal development. Whether it's college, the military, the trades or some other aspect of the work force, a Leo Man is ready for the next step in his life when he leaves here.

I apologize for taking up so much of your time with this letter. Leo is a subject that is dear to my heart, and I tend to ramble way past accepted journalistic standards when discussing it. Perhaps there is a possibility of a mutually beneficial relationship to be explored---I'm sure our kids could learn a lot from Mr. Warner. And I truly hope the court takes his admirable record for philanthropy, for generosity, and for "giving back" into account in sentencing him.

Thank you for your consideration, and all the best in the New Year.

Sincerely,

Dan McGrath, President
Leo High School
7901 S. Sangamon
Chicago, Il. 60620
773-224-9600, ext. 209 (school)
312-505-7676 (cell)
danmcg50@gmail.com

Leo High School has been educating young men from Chicago's South Side neighborhoods for 88 years. Over that time we've seen a drastic change in the racial makeup of our school---today Leo's student body is more than 90 percent African American---but we have always insisted that our Mission shouldn't change just because our demographics did. We pride ourselves on being a School of Opportunity for students from some of the most disadvantaged areas of the city, and I'm proud to say we are making a difference in their lives: Over the the last five years we have graduated 100 percent of our seniors, and all of them have been accepted to at least one college.

It is in the Spirit of Opportunity that Leo makes itself available to Mr. Ty Warner as an outlet for his community service. We believe that a relationship with Mr. Warner could be mutually beneficial: He could pay his debt to society by sharing his business knowledge and entrepreneurial savvy with some ambitious young students who would gain much from his expertise.

Leo is not New Trier or St. Ignatius or Whitney Young, so many of our students aren't as sophisticated or as "worldly" as kids from more affluent schools. In counseling sessions, "businessman" is a popular answer to a question we routinely pose regarding career goals, but given their backgrounds, our kids lack familiarity with how a business career is launched, not to mention the myriad paths it might follow. Here are a few examples of how a relationship between Mr. Warner and Leo High School could work:

* Mr. Warner could start by addressing a schoolwide assembly, defining the various forms a business career might take and the knowledge, skills and training required of each. He could include his personal history, explaining how the experiences he gained and the decisions he made influenced his career, for better or worse.

* Mr. Warner could be the moderator/advisor for a Leo "Business Club" whose members would create a product and develop a business plan for its manufacture, distribution, marketing and sales. One example: Drawing on the Beanie Baby model, the club could create Beanie Baby-like figures honoring the mascots of Chicago Catholic League members: a Lion for Leo High School, a Mustang for St. Rita, a Ram for Gordon Tech, a Crusader for Brother Rice, etc. Profits from the venture would go to Leo

High School's Scholarship Fund to provide much needed financial assistance to Business Club members and the Leo student body.

\* High-achieving students from the Leo Business Club could obtain summer jobs or internships with Mr. Warner's various companies. In addition to providing valuable experience in a business workplace, these jobs would pay the students a salary, helping them to become financially self-sufficient and perhaps enable them to help out at home. A "share" arrangement could be implemented whereby a portion of the student's salary is earmarked for Leo's Scholarship Fund, or a matching amount is donated.

 \* Mr. Warner might be enlisted to assist with or underwrite college expenses for high-achieving and deserving Leo graduates who demonstrate business acumen and potential through the activities of the Leo Business Club.

 \* Mr. Warner might be enlisted to serve on the Leo High School Advisory Board. Our Mission is to provide a quality, holistic, Catholic education in a safe, nurturing environment to young men from some of Chicago's most disadvantaged neighborhoods. Our challenge is to do so on extremely limited funding. Mr. Warner's business sense and experience could be an invaluable asset to the committee as it works to ensure Leo's continued success going forward.